| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>**0:99-CR-06153** |
|---|---|---|

**TRANSFER OF JURISI**

FILED

Jul 27 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | | DOCKET NUMBER *(Rec. Court)*<br>3:20-cr-00305-EMC |
|---|---|---|

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT<br>SOUTHERN FLORIDA | DIVISION<br>MIAMI |
|---|---|---|
| ARMANDO VALENCIA | NAME OF SENTENCING JUDGE<br>THE HONORABLE K. MICHAEL MOORE | |

| SD/FL PACTS NO.: 113293 | DATE OF<br>SUPERVISED RELEASE | FROM<br>4/21/2020 | TO<br>4/20/2025 |
|---|---|---|---|

OFFENSE:  Count 1, Conspiracy to import five kilograms or more of cocaine into the United States, Title 21 U.S.C. §963

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

   **IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised release named above be transferred with the records of this Court to the United States District Court for the <u>NORTHERN DISTRICT OF CALIFORNIA</u> upon the Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| Jul 23 2020 | *K. M. Moore* |
|---|---|
| Date | K. Michael Moore<br>Chief United States District Judge |

 *This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

   **IT IS HEREBY ORDERED** that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| July 24, 2020 | *Beth Labson Freeman* |
|---|---|
| Effective Date | United States District Judge |