ARTURO HERNANDEZ-M, Attorney at Law
15 South 34th St.
San Jose, California 95116
Phone  (408) 729-5785
Fax      (408) 729-0167
California Bar No. 108980
Email: artlawoff@aol.com

Attorney for Defendant Armando Valencia

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ARMANDO VALENCIA,

Defendant.
_____/

CASE NO. 3:20-CR-00305-EMC-1

SUBSTITUTION OF ATTORNEY

TO THE UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD, ASSISTANT UNITED STATES ATTORNEY, HALLIE MITCHELL HOFFMAN AND TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL INTERESTED PARTIES IN THIS MATTER:

Armando Valencia, defendant, hereby substitutes in Attorney Arturo Hernandez-M.

Dated: November 2, 2020
I hereby agree to said Substitution

Armando Valencia
Defendant

Dated: November 2, 2020
I hereby agree to said Substitution

Arturo Hernandez-M
Attorney at Law

1

Date: November 2, 2020

Respectfully submitted,

ARTURO HERNANDEZ-M.,
Attorney for Defendant
Armando Valencia

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

CASE NO.   3:20-CR-00305-EMC-1

Plaintiff,

CERTIFICATE OF SERVICE

vs.

ARMANDO VALENCIA,

Defendant.

_____/

This is to certify that on the 2nd day of November, 2020, I electronically transmitted the foregoing document to the clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic filing to the following ECF registrants:

ASSISTANT UNITED STATES ATTORNEY
HALLIE MITCHELL HOFFMAN

Arturo Hernandez-M
Declarant